[No. 21032.  Department Two.  January 31, 1928.]

WHITNEY CHEVROLET COMPANY, *Respondent,* v.
W. HATCH, *Appellant.*[1]

[1] APPEAL (389)—REVIEW—AMENDMENTS REGARDED AS MADE.  In
the absence of a statement of facts or bill of exceptions, a com-
plaint for a balance due upon the price of an automobile will
on appeal be presumed to have been amended to conform to
proof, and therefore to support a judgment awarding the car
to the plaintiff.

*E. S. Avey,* for appellant.

*A. P. Wilson,* for respondent.

MAIN, J.—In the complaint in this case three causes
of action are stated, one for $68.32 for gasoline, oil and
automobile supplies sold by the plaintiff to the defend-
ant, one for $126.40, the alleged balance of the pur-
chase price on a Chevrolet automobile, and one upon a
promissory note for $119.80.  The answer denied lia-
bility upon all of the causes of action.  By reply the
affirmative matter in the answer was denied.  The
cause was tried to the court without a jury and re-
sulted in findings of fact and a judgment awarding to
the plaintiff the Chevrolet automobile mentioned in the
complaint and denied a recovery upon the other items.
From this judgment the defendant appeals.

[1]  No statement of facts or bill of exceptions has
been brought to this court and, therefore, the only ques-
tion is whether the findings support the judgment.  The

¹Reported in 263 Pac. 602.

appellant invokes the general rule that a judgment upon issues not made by the pleadings is erroneous, and may be set aside or reversed in a proper proceeding for that purpose. This rule, however, is not applicable in the present case, because, there being no statement of facts or bill of exceptions, it will be presumed that the evidence introduced upon the trial supported the findings, and the pleadings will be deemed amended to conform thereto. *Pierce v. Pierce,* 52 Wash. 679, 101 Pac. 358; *Holden v. Romano,* 61 Wash. 458, 112 Pac. 489; *McCreery v. Carter,* 73 Wash. 394, 131 Pac. 1125.

The judgment will be affirmed.

MACKINTOSH, C. J., ASKREN, HOLCOMB, and FULLERTON, JJ., concur.